United States Court of Appeals
Fifth Circuit

**F I L E D**

April 8, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
————————————————

No. 04-11171
————————————————

UNITED STATES OF AMERICA

             Plaintiff - Appellee

         v.

JUAN LOZANO-CADENA also known as, Juan Guadalupe
Lozano-Cadena

         Defendant - Appellant


                    ----------------------
        Appeal from the United States District Court for the
                Northern District of Texas, Dallas
                      3:04-CR-45-ALL-N
                    ----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that Appellee's unopposed motion to vacate

sentence is GRANTED.


     IT IS FURTHER ORDERED that Appellee's unopposed motion to

remand to district court for resentencing is GRANTED.

———————————————

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.